AT INDIANAPOLIS, MAY TERM, 1858, IN THE FORTY-SECOND
YEAR OF THE STATE, BUT HELD OVER ON PETITIONS FOR
A REHEARING, WHICH HAVE BEEN OVERRULED.

---

POWERS *v.* TALBOTT.*

In a suit by the assignee of a promissory note against the maker, the defend-
ant is estopped to set up the invalidity of the note, as between himself and
the payee, if the plaintiff purchased the note upon the promise of the defend-
ant to pay it.

APPEAL from the *Delaware* Circuit Court.

*Monday, May 24.*

*Per Curiam.*—Suit by the assignee against the maker of
a promissory note.

Answer setting up fraud and want of consideration.

Reply, by way of estoppel, that before the plaintiff pur-
chased the note, but while negotiating for it, he inquired
of the defendant, the maker, *Powers*, as to its character,

---

* The petition for a rehearing in this case was filed on the 26th of *June*, and
overruled on the 12th of *October*.

and was informed that the note was valid and would be paid at maturity.

Trial by jury, and judgment for plaintiff.

The jury found specially, in answer to interrogatories put to them by *Powers*, that the plaintiff purchased the note upon the promise of *Powers*, made during the negotiations for the purchase, that the note was valid, and that he would pay it. This being the case, the defendant was estopped to set up, against the present plaintiff, the invalidity of the note, as between him and the payee. *Muchmore* v. *Bates*, 1 Blackf. 248.—*Sloan* v. *The Richmond, &c., Co.*, 6 *id.* 175. —*Williams* v. *Rank*, 1 Ind. R. 230.—*Paul* v. *Baugher et al.*, 8 Ind. R. 501.

The consequence is, that the judgment is right upon the merits, and we shall not look through the confused record to see whether the Court committed the numerous errors assigned relating to other branches of the case or not.

The judgment is affirmed, with 5 per cent. damages and costs.

*W. March*, for the appellant (1).

*S. Yandes* and *C. Hines*, for the appellee.

(1) Mr. *March* cited *Harvey* v. *Toner*, 4 Eng. L. and Eq. R. 531; 13 Ohio R. 239; 16 *id.* 1; 3 *id.* (new series) 156; 5 Pick. 412; 10 Johns. 230; 1 Duer, 309.